UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| AQUATECH INTERNATIONAL CORPORATION, et al., | ) ) ) | Case No. 2:15-cv-01316-JCM-NJK |
| Plaintiff(s), | ) ) | ORDER DENYING MOTION TO QUASH SUBPOENA |
| vs. | ) ) | |
| VEOLIA WATER WEST OPERATING SERVICES, INC., et al., | ) ) ) | (Docket No. 1) |
| Defendant(s). | ) ) | |

Pending before the Court is Movant Molycorp Minerals LLC's motion to quash subpoena. Docket No. 1. Discovery conducted through non-party subpoenas is governed by Rule 45. *See, e.g.*, *Paws Up Ranch, LLC v. Green*, 2013 WL 6184940, *2 (D. Nev. Nov. 22, 2013).[1] "Under the current version of the Rule, when a motion to quash a subpoena is filed in a court other than the court where compliance is required, that court lacks jurisdiction to resolve the motion." *Agincourt Gaming, LLC v. Zynga, Inc.*, 2014 WL 4079555, at *3 (D. Nev. Aug. 15, 2014); *see also* Rule 45(d)(3)(A)-(B) (a motion to quash or modify a subpoena is directed to "the court for the district where compliance is required").

In this case, the subpoena at issue requires compliance in Nevada. *See* Docket No. 1 at 71. Nonetheless, it appears that the parties subsequently agreed to allow Movant's compliance in Colorado. *See, e.g.*, Docket No. 1 at 86-87. It is unclear whether an amended subpoena was served to reflect this

---

[1] References to "Rules" refer to the Federal Rules of Civil Procedure.

new place of compliance. It is also unclear whether, in these circumstances, this Court has jurisdiction to resolve a motion to quash.[2]

For these reasons, the motion to quash is hereby **DENIED** without prejudice. Any renewed motion must be filed no later than July 27, 2015. Any renewed motion and any response thereto must provide meaningful discussion explaining the parties' position as to whether this Court or the District of Colorado possesses the jurisdiction to resolve the instant motion to quash.

IT IS SO ORDERED.

DATED: July 20, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[2] It appears Movant has filed its motion in both this Court and in the District of Colorado. *See* Docket No. 1 at 6 n.2.