# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AQUATECH INTERNATIONAL CORPORATION, et al.,<br><br>Plaintiff(s),<br><br>vs.<br><br>VEOLIA WATER WEST OPERATING SERVICES, INC., et al.,<br><br>Defendant(s). | Case No. 2:15-cv-01316-JCM-NJK<br><br>ORDER |

On July 9, 2015, Movant Molycorp Minerals LLC filed a motion to quash a subpoena. Docket No. 1. On July 20, 2015, the Court denied that motion without prejudice as it was unclear that this Court (as opposed to the District of Colorado) had jurisdiction to resolve that motion. Docket No. 5. The Court ordered that any renewed motion to quash had to be filed no later than July 27, 2015. *See id.* at 2. No such motion has been filed. Accordingly, the Court **INSTRUCTS** the Clerk's Office to close this case.

IT IS SO ORDERED.

DATED: July 28, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge